*Judge Pauley*

08 CV 4912

James H. Power
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
GLORY WEALTH SHIPPING PTE LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


RECEIVED MAY 28 2008 U.S.D.C. S.D.N.Y. CASHIERS

GLORY WEALTH SHIPPING PTE LTD.,

    Plaintiff,

-against-

NIAGARA MARITIME S.A.,

    Defendant.

08 Civ. _____

CORPORATE DISCLOSURE
STATEMENT IN
ACCORDANCE WITH
RULE 7.1 OF THE FEDERAL
RULES OF CIVIL PROCEDURE

    I, James H. Power, attorney for Plaintiff Glory Wealth Shipping Pte Ltd., having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

    Glory Wealth Shipping Pte Ltd. is a privately-owned company. Its parent corporation is Glory Wealth Group Pte Ltd., and no publicly held corporation owns 10% or more of its shares.

Dated:    New York, New York
           May 23, 2008

                              HOLLAND & KNIGHT LLP

                        By: _____
                              James H. Power
                              Lissa D. Schaupp
                              195 Broadway
                              New York, NY 10007-3189
                              Tel:   (212) 513-3200
                              Fax:  (212) 385-9010

                              *Attorneys for Plaintiff*
                              *Glory Wealth Shipping Pte Ltd.*

# 5358740_v1