CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GLORY WEALTH SHIPPING PTE LTD.,                 :
                                                 :
                                                 :
                           Plaintiff,            :     08-CV-4912
                                                 :
            v.                                   :     **NOTICE OF**
                                                 :     **APPEARANCE**
NIAGARA MARITIME S.A.,                           :
                                                 :
                                                 :
                           Defendants.           :
-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       June 19, 2008

                                               CLARK, ATCHESON & REISERT
                                               Attorneys for Garnishee
                                               Societe Generale New York Branch

By: _____
                                               Richard J. Reisert (RR-7118)
                                               7800 River Road
                                               North Bergen, NJ 07047
                                               Tel: (201) 537-1200
                                               Fax: (201) 537-1201
                                               Email: reisert@navlaw.com